■ EROS RESTAURANT CORP., Appellant-Respondent, v CHESTER A. FRANK, Respondent-Appellant. — Amended order and judgment (one paper), Supreme Court, New York County (Richard Wallach, J.), entered on November 2, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Carro and Bloom, JJ.